USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Manmohan Ahluwalia,

                Plaintiff,

-against-

Zaika Food Company LLC, Mandeep Oberoi, and Pooja Patel,

                Defendants.

19 Civ. 10940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 27, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by March 19, 2020. ECF No. 5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **5:00 p.m.** on **March 23, 2020**.

    SO ORDERED.

Dated: March 20, 2020
       New York, New York

                          ANALISA TORRES
                          United States District Judge