USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/23/2020

# Abdul Hassan Law Group

## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**March 20, 2020**

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

<u>**Re: Ahluwalia v. Zaika Food Company**</u>
**Case #: 19-CV-10940 (AT)(KHP)**
**Motion to Adjourn Conference**

Dear Judge Torres:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day adjournment of the March 26, 2020 initial conference. This request is being made because Defendants have not yet filed an answer or appeared in the case. If no answer is filed within the next 30 days, Plaintiff will file a request for entry of default.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

GRANTED.  The initial pretrial conference scheduled for March 26, 2020 is ADJOURNED to **April 29, 2020** at 10:40 a.m.  By **April 22, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated:  March 23, 2020
New York, New York

ANALISA TORRES
United States District Judge

1