```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/12/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Manmohan Ahluwalia,

                Plaintiff,

      -against-

Zaika Food Company LLC, Mandeep Oberoi, and Pooja Patel,

                Defendants.

19 Civ. 10940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants having not yet appeared in this case, it is ORDERED that the initial pretrial conference scheduled for May 13, 2020, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: May 12, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge