UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Manmohan Ahluwalia,

                  Plaintiff,

-against-

Zaika Food Company LLC, Mandeep Oberoi, and Pooja Patel,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2021

19 Civ. 10940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's submission at ECF No. 23. On April 22, 2020, Plaintiff filed a proposed certificate of default against Defendants Mandeep Oberoi, Pooja Patel, and Zaika Food Company LLC. ECF No. 13. The next day, that filing was deemed insufficient. 4/23/2020 Docket Entry. On May 11, 2020, Plaintiff filed another proposed certificate of default, only naming Defendants Oberoi and Patel. ECF No. 18. By **May 5, 2021**, Plaintiff is directed to request a certificate of default from the Clerk of Court for Defendant Zaika Food Company LLC.

    Plaintiff is reminded that, under Rule 41(b) of the Federal Rules of Civil Procedure, an action may be dismissed "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules] or a court order" and that "[d]ismissal is warranted where there is a lack of due diligence in the prosecution of the lawsuit by [the] plaintiff." *West v. City of New York*, 130 F.R.D. 522, 524 (S.D.N.Y. 1990).

    SO ORDERED.

Dated: May 3, 2021
       New York, New York

ANALISA TORRES
United States District Judge