UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/9/2021_

Manmohan Ahluwalia,

          Plaintiff,

-against-

Zaika Food Company LLC, Mandeep Oberoi, and Pooja Patel,

          Defendants.

19 Civ. 10940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's supporting materials for default judgment at ECF Nos. 32–37. The Court concludes that the materials fail to comply with Attachment A to the Court's Individual Practices in Civil Cases. Attachment A requires an "affidavit or declaration <u>signed by a party with personal knowledge</u> . . . which sets forth a statement of proposed damages and the basis for each element of damages, **including a step-by-step explanation of each calculation**" (emphasis added). Plaintiff's affidavit does not include this step-by-step explanation. ECF No. 33.

    Accordingly, by **July 14, 2021**, Plaintiff shall re-submit his affidavit in accordance with Attachment A to the Court's Individual Practices.

    SO ORDERED.

Dated: July 9, 2021
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge