UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Manmohan Ahluwalia,

                Plaintiff,

-against-

Zaika Food Company LLC, Mandeep Oberoi, and Pooja Patel,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __8/2/2021_____

19 Civ. 10940 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 7, 2021, Plaintiff moved the Court to enter default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55. ECF Nos. 34 at 1, 37. Plaintiff submitted a memorandum of law and declarations, with accompanying exhibits, in support (the "Supporting Papers"). ECF Nos. 33–35, 37, 40. Accordingly:

1. The Court will resolve the default judgment motion on the papers.

2. By **August 23, 2021**, Plaintiff shall serve copies of this Order and the Supporting Papers at ECF Nos. 33–35, 37, 40, by personal service upon the individual Defendants and by personal service upon an officer, a managing or general agent of Defendant Zaika Food Company LLC. In the alternative, Plaintiff may serve Defendant Zaika Food Company LLC via hand-delivery or first-class mail **and** service on the Secretary of State. N.Y. Business Corp. Law § 306.

3. By **August 27, 2021**, Plaintiff shall file on the docket (1) proofs of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proofs of service).

4. By **September 9, 2021**, Defendants shall respond to Plaintiff's motion.

5. By **September 16, 2021**, Plaintiff shall submit its reply, if any.

SO ORDERED.

Dated: August 2, 2021
       New York, New York

                                            ANALISA TORRES
                                           United States District Judge