

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/7/2021
```

Direct: 212.764.7171
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

September 2, 2021

**VIA ECF**
The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Ahluwalia v. Zaika Food Company LLC, et al., 1:19-cv-10940-AT[1]

Dear Judge Torres:

    We represent all Defendants in the above-referenced matter. We write now with Plaintiff's consent to respectfully request a stay of the pending Motion for Default Judgement, opposition to which is due September 9, 2021 (Dkt. 41.), so that the parties may proceed to mediation.

    We were just retained yesterday, so please allow us to extend our clients' apologies to the Court, Plaintiff and his counsel. When this matter was initially filed our clients, who are not lawyers, retained counsel to represent them and reasonably believed that prior counsel was handling the matter. It is our understanding that our clients regularly forwarded the Court pleadings and orders they received to prior counsel, either by email, fax or FedEx, and routinely followed up to confirm receipt thereof. Only after the filing of Plaintiff's Motion for Default Judgment in or about mid-August did they learn prior counsel had not appeared in the case, filed answer or otherwise defended the matter. Defendants promptly retained this Firm to represent them.

    In the interest of reaching an amicable resolution, and conserving the parties' and Court's resources, we respectfully request a stay of the pending Motion for Default Judgment, so that the parties may mediate this matter. We propose to select a mediator and mediation date by

---

[1] This matter is deemed related to Raamanuj v. Zaika Food Company LLC, et al., Case No. 1:20-cv-004317. Defendants have made a similar proposal to Plaintiff Raamanuj; namely, that we stay the pending Motion for Default Judgment, the opposition to which is also due Sept. 9 (Dkt. 52), and proceed to mediation. We have not yet received a response.



September 1, 2021
Analisa Torres, U.S.D.J
Ahluwalia v. Zaika Food Co. LLC, et al.
1:19-cv-10940-AT
Page 2 of 2

September 17, 2021, to hold the mediation session by October 29, 2021, and to report the results of the mediation (settled or not settled) to the Court by November 2, 2021. In the event that a settlement is not reached during mediation, Defendants propose to file their opposition no later than November 23, 2021.

This is Defendants first request for a stay of Plaintiff's Motion for Default Judgment. If granted, the stay would not affect any other deadlines in the case. Plaintiff consents to this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Christopher H. Lowe
Christopher H. Lowe

Cc: Plaintiff's Counsel (via ECF)

GRANTED.

SO ORDERED.

Dated: September 7, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge