USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021

# Abdul Hassan Law Group
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

July 14, 2021

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

<u>Re: Ahluwalia v. Zaika Food Company</u>
Case #: 19-CV-10940 (AT)(KHP)
Motion for Extension of Time

Dear Judge Torres:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-day extension of the July 14, 2021 deadline for Plaintiff to supplement his declaration with calculations. We tried to avoid making this request, but some additional time is needed to further confer with Plaintiff and finalize the declaration, arrange for signatures, submission, etc. We do not anticipate the need for any further extension. No prior request for an extension of this deadline was made.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

This motion is moot as the case is closed, ECF No. 48, and the Court accepted the filing, ECF No. 41. The Clerk of Court is directed to terminate the motion at ECF No. 39.

SO ORDERED.

Dated: November 22, 2021
     New York, New York

*[Signature]*
ANALISA TORRES
United States District Judge