# Abdul Hassan Law Group
## 215-28 Hillside Avenue
## Queens Village, New York,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2021
```

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

December 17, 2021

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

<u>Re: Ahluwalia v. Zaika Food Company</u>
Case #: 19-CV-10940 (AT)(KHP)
**Motion for Extension of Time**

Dear Judge Torres:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the December 17, 2021 deadline for Plaintiff to file his motion for settlement approval. We were hoping to avoid having to make this request, but certain entanglements surrounding the parties and the case has complicated the issue as to the scope of the language in the agreement which requires some additional time to work through. One prior request for an extension of this deadline was made and granted.

      We thank the Court in advance for its time and consideration.

GRANTED. The December 17, 2021, deadline to file a motion for settlement approval is ADJOURNED to **January 3, 2022**.

SO ORDERED.

Dated: December 20, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge